```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

ABDUL NEDAB,                          :
          Plaintiff,              :
     v.                              :   Civil Action No. 05-405J
SECRETARY JEFFREY BEARD, et al., :
          Defendants              :

### MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge sent the plaintiff an Authorization for the payment of filing fees in accordance with the Prison Litigation Reform Act on November 23, 2005, docket no. 7, informing the plaintiff that the filing fee was $250.00.

The plaintiff has not returned the Authorization for the payment of the filing fee, and the time to do so has expired. Since plaintiff has not authorized the payment of filing fees and this is not a matter exempt from such payment, plaintiff's complaint must be dismissed for failure to prosecute.

After review of the record of this matter, the following order is entered:

AND NOW, this 19th day of December, 2005, it is

ORDERED that the complaint is dismissed for failure to prosecute. The Clerk shall mark this matter closed.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

cc:
Abdul Q. Nedab FD-7292
S.C.I. Forest
P.O. Box 945
Marienville, PA 16239-0945