IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABDUL NEDAB, :
        Plaintiff, :
   v. : Case No. 3:05-cv-405-KRG-KAP
SECRETARY JEFFREY BEARD, et al., :
        Defendants :

ABDUL NEDAB, :
        Plaintiff, :
   v. : Case No. 3:06-cv-35-KRG-KAP
SECRETARY JEFFREY BEARD, et al., :
        Defendants :

ABDUL NEDAB, :
        Plaintiff, :
   v. : Case No. 1:06-cv-191-KRG-KAP
BARBARA LITTEN, et al., :
        Defendants :

ABDUL NEDAB, :
        Plaintiff, :
   v. : Case No. 2:06-cv-1152-KRG-KAP
MICHAEL FISHER, et al., :
        Defendants :

### MEMORANDUM ORDER

These matters were referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge, after screening the complaints pursuant to 28 U.S.C.§ 1915A and considering the plaintiff's motion for leave to proceed in forma pauperis, filed a Report and Recommendation on February 9, 2007, recommending that the plaintiff be denied in forma pauperis status and that the complaints be dismissed as malicious or for failure to state a claim, except for the lengthy complaint in Nedab v. Beard, Case No. 3:06-cv-35-KRG-

KAP, which the Magistrate Judge recommended be served only if the plaintiff provided more detailed allegations and paid the costs of service himself.

The plaintiff was notified that pursuant to 28 U.S.C.§ 636(b)(1), he had ten days to serve and file written objections to the Report and Recommendation. Plaintiff has not filed objections, and the time to do so has expired.

Upon de novo review of the record of these matter, including the Report and Recommendation, and the lack of timely objection thereto, the following order is entered:

AND NOW, this 27th day of February, 2007, it is

ORDERED that the motion to proceed in forma pauperis in Nedab v. Beard, Case No. 3:06-cv-35-KRG-KAP is denied, and the complaint is dismissed without prejudice to refiling it with the full filing fee. The complaints in the other three matters are dismissed for failure to state a claim. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark these matters closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

    Abdul Q. Nedab
    21 North Fifth Street
    Souderton, PA 18964